UNITED STATES, Plaintiff-Appellee, v. Ralph ESPOSITO, Defendant-Appellant.

No. 305.

Circuit Court of Appeals, Second Circuit.

March 3, 1931.

David V. Cahill, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.